142

748 A.2d 677

COMMONWEALTH of Pennsylvania, Respondent,

v.

R.W., Petitioner.

Supreme Court of Pennsylvania.

April 11, 2000.

R.W., petitioner, pro se.

## *ORDER*

PER CURIAM.

**AND NOW**, this 11th day of April, 2000, the petition for allowance of appeal is GRANTED, and the case is remanded to the court of common pleas for a determination of whether petitioner's waiver of appellate counsel is knowing, intelligent, and voluntary. See *Commonwealth v. Kenney*, 557 Pa. 195, 732 A.2d 1161, 1163 n. 5 (1999); *Commonwealth v. Grazier*, 552 Pa. 9, 713 A.2d 81 (1998).